**No. 11-5450. John Douglas Mitchell, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 6154.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-5451. Derek N. Jarvis, Petitioner v. Staples, Inc.**

565 U.S. 908, 132 S. Ct. 313, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 5765, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 193.

**No. 11-5452. Abdel Eltayib, Petitioner v. Stephen M. DeWalt, Warden, et al.**

565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 6148, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5453. Ricardo Collins, Petitioner v. Connecticut.**

565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 6320.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 299 Conn. 567, 10 A.3d 1005.

**No. 11-5454. William Herbert Villar, Petitioner v. Tony Patterson, Warden.**

565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 5747.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-5455. Marq L. White, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 5894.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5458. Latanicia Rogers, Petitioner v. United States.**

565 U.S. 908, 132 S. Ct. 314, 181 L. Ed. 2d 193, 2011 U.S. LEXIS 5746.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 315.